UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

In re:                                                                          Case No. 8:24-bk-6594-CPM

Kevin Woodley

Shawnique Hill Woodley                                             Chapter 11
                                                                                      Subchapter V

        Debtors
_____/

## DEBTORS' MOTION TO CONVERT CASE TO CHAPTER 13

Debtors Kevin Woodley and Shawnique Hill Woodley (hereafter the "Debtors"), by and through their undersigned counsel, file this Motion to Convert Case to Chapter 13 and state:

1. This case was initiated by a *pro-se* filing for relief under chapter 11 on November 7, 2024.

2. Since filing, the Debtors have consulted with the undersigned counsel, who has recently filed a Notice of Appearance on behalf of the Debtors in this case.  Counsel for Debtor is currently working with the Debtors to complete the necessary schedules and believes the schedules will be complete prior to the deadlines proscribed in the Notice of Incomplete and/or Deficient Filing (Doc. No. 4).

3. After consultation with legal counsel, it is apparent that it is more appropriate for the Debtors to proceed under chapter 13.   Debtors qualify to be a Debtor under chapter 13 as they meet the requirements under 11 U.S.C. § 109(e).  Proceeding under chapter 13 is in the best interest of the estate as it would reduce costs and expedite the case.

4. While 11 U.S.C. §1112(a) does not speak to converting to a case under chapter 13, the Court has authority under 11 U.S.C. §105.  The Debtors contend this motion is filed in

good faith, and that the Debtors are eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtors request this Court to enter an order converting this chapter 11 case to a case under chapter 13, and such other and further relief the Court deems proper.

Dated: November 20, 2024

Respectfully submitted,

/s/ *James W. Elliott*
James W. Elliott, Esq.
Florida Bar No. 0040961
james@mcintyrefirm.com
McIntyre Thanasides Bringgold Elliott
Grimaldi Guito & Matthews, P.A.
1228 E. 7th Ave., Suite 100
Tampa, Florida 33605
Phone:     (813) 223-00000
Facsimile:  (813) 899-6069
*Attorney for Debtors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 20th day of November 2024 that a true and correct copy of the foregoing **Motion to Convert Case to Chapter 13** has been provided via first class U.S. mail, or electronically via the Court's CM/ECF system to:  all parties on the attached mailing matrix.

/s/James W. Elliott
Attorney

```
Label Matrix for local noticing      Shawnique Hill Woodley              Kevin Woodley
113A-8                               10633 Hatteras Dr                   10633 Hatteras Dr
Case 8:24-bk-06594-CPM               Tampa, FL 33615-4275                Tampa, FL 33615-4275
Middle District of Florida
Tampa
Wed Nov 20 09:16:34 EST 2024

CITI MASTERCARD                      CITI VISA                           Department of Revenue
POB 6500                             PO BOX 790046                       PO Box 6668
SIOUX FALLS SD 57117-6500            ST LOUIS, MO 63179-0046             Tallahassee FL 32314-6668


Discover Bank                        Internal Revenue Service            ROBERT MCNEIL
PO Box 3025                          P.O. Box 7346                       1564 OXBOROUGH CR
New Albany, OH  43054-3025           Philadelphia, PA 19101-7346         MOUNT PLEASANT SC 29466-8123


United States Trustee - TPA +        James W Elliott +                   Nicole Peair +
Timberlake Annex, Suite 1200         McIntyre Thanasides Bringgold, Elliott G   Timberlake Annex
501 E Polk Street                    1228 E. 7th Ave                     501 E Polk Street, Suite 1200
Tampa, FL 33602-3949                 Ste 100                             Tampa, FL 33602-3945
                                     Tampa, FL 33605-3510


Michael C Markham +                  Note: Entries with a '+' at the end of the
400 N. Ashley Drive                  name have an email address on file in CMECF
Ste 3100
Tampa, FL 33602-4337
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Catherine Peek McEwen             End of Label Matrix
Tampa                                Mailable recipients    13
                                     Bypassed recipients     1
                                     Total                  14
```