ORDERED.

Dated: February 24, 2025

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                      Case No. 8:24-bk-06594-CPM

Kevin Woodley and                                           Chapter 13
Shawnique Hill Woodley,

         Debtors.
_____/

### ORDER DISMISSING CASE

THIS CASE came on without a hearing on the Court's own motion to consider entry of an appropriate order. The Debtors filed this case on November 7, 2024. The following day, on November 8, 2024, as a courtesy, the Court issued a Notice of Deficient Filing (the "Notice") (Doc. No. 8), describing the missing schedules and statements and providing a link to updated forms on the Court's website. The Notice also advised the Debtors that "[t]his case may be dismissed without further notice or hearing if the Debtors fail to timely correct the noted deficiencies."

On November 22, 2024, the Debtors filed a motion to extend the time to file schedules and statements. The Court granted that motion and gave the Debtors through December 10, 2024, to cure all outstanding filing deficiencies. Most, but not all, of the missing documents were filed on December 10, 2024.

The Court subsequently granted the Debtors' motion to convert their case from chapter 11 to chapter 13. An Order and Notice Converting Case to Chapter 13 (Doc. No. 31), entered on January 16, 2025, gave the Debtors through January 30, 2025, to cure the remaining deficiencies. As of the date of entry of this current order, the Debtors have not filed Schedule I/J or their Statement of Monthly Income.

Accordingly, it is

**ORDERED** that this case is dismissed with no debts having been discharged.

The Clerk is directed to serve a copy of this order on the Debtor and any interested parties who do not receive service via CM/ECF.