UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

KEVIN WOODLEY and   Case No. 8:24-bk-06594-CPM
SHAWNIQUE HILL WOODLEY,   Chapter 11, Subchapter V

    Debtors
_____/

**FINAL APPLICATION OF SUBCHAPTER V TRUSTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

**Summary of Request for Allowance**

| | |
|---|---|
| *Name of Applicant:* | Michael C. Markham, Subchapter V Trustee |
| *Services Provided to:* | Estate |
| *Date of Appointment:* | November 8, 2024 |
| *Period for this Application:* | November 8, 2024, through March 14, 2025 |
| *Monthly Trustee Fees Received:* | $0.00 |
| *Amount of Compensation Sought:* | $1,410.50 |
| *Amount of Expense Reimbursement Sought:* | $0.00 |
| *Hourly Rate:* | $350.00 |
| *Interim or Final Application:* | Final |

Michael C. Markham, the Subchapter V Trustee (the "**Trustee**") respectfully applies to this Court for allowance and payment of compensation for services rendered in the amount of **$1,410.50** and reimbursement of expenses incurred in the amount of **$0.00** for a total allowance of **$1,410.50** for the period of November 8, 2024, through March 14, 2025 (the "**Application Period**"). In support of his request, the Trustee states the following:

**Background and Relief Requested**

1.    On November 7, 2024, (the "**Petition Date**"), Kevin Woodley and Shawnique Hill Woodley (the "**Debtors**") filed with this Court their Voluntary Petition for relief under Chapter 11

1

of Title 11 of the United States Code (the "**Bankruptcy Code**") and an election to proceed under Subchapter V of the Small Business Reorganization Act of 2019.

2. On November 8, 2024, the United States Trustee filed a *Notice of Appointment of Subchapter V Trustee* (Doc. No. 6) (the "**Notice of Appointment**"). Attached to the Notice of Appointment was the Trustee's *Verified Statement of Disinterestedness* (the "**Verified Statement**") dated November 8, 2024. The Verified Statement provides that the Trustee is disinterested and anticipates seeking compensation at an hourly rate of $350.00, plus reimbursement of any actual and necessary expenses.

3. The Trustee seeks compensation in the amount of **$1,410.50** for services rendered during the Application Period. The Trustee also seeks reimbursement of expenses incurred in the amount of **$0.00**. The Trustee spent 6.20 hours rendering services to the estate in order to satisfy his statutory duties under the Bankruptcy Code. Attached hereto as **Exhibit A** and incorporated herein by reference is a billing summary describing the services rendered utilizing the task code categories set forth in the Guidelines established by the Office of the United States Trustee, as well as expenses incurred.

### Standard for Valuation of Services Performed

4. The valuation of the Trustee's services in this matter should be based on the foregoing factual recitations and on the considerations enunciated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974) and in *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977).

*Time and Labor Required*

5. As set forth on Exhibit A, the Trustee spent 6.20 hours rendering services in this case. At $350.00 per hour, the Trustee seeks compensation in the amount of $1,410.50.

*Skill Requisite to Perform the Legal Services Properly*

6. The Trustee specializes in restructuring and bankruptcy and submits that he has performed the services at a very high level of skill.

*Preclusion of Other Employment*

7. The Trustee's employment in this bankruptcy case did not *per se* preclude other employment.

*Customary Fee*

8. The Trustee's hourly rate is reduced from his typical hourly rate of $475.00 and is equivalent to the hourly rates charged by other Subchapter V trustees in this district. Accordingly, he submits that the rate is reasonable and fair.

*Whether the Fee is Fixed or Contingent*

9. The fee is contingent in that it is subject to approval by the Bankruptcy Court.

*The Limitations Imposed by Client or Other Circumstances*

10. This factor is not applicable.

*Nature and Length of the Professional Relationship with the Client*

11. This factor is not applicable.

*Awards in Similar Cases*

12. The Trustee submits that the amount sought is reasonable under the circumstances.

**Summary and Prayer for Relief**

WHEREFORE, the Trustee respectfully requests that this Court enter an order: (a) approving this application; (b) allowing compensation in the amount of **$1,410.50** and reimbursement of expenses in the amount of **$0.00**, for a total allowance of **$1,410.50** and (c) directing the Debtors to pay $1,410.50 to the Trustee.

/s/ Michael C. Markham
Michael C. Markham (FBN: 0768560)
Subchapter V Trustee
400 North Ashley Drive, Suite 3100
Tampa, FL 33602
Telephone:     813-225-2500
Facsimile:     813-223-7118
Email: Mikem@jpfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served electronically on the registered CM/ECF participants, including the US Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 and Debtor's Counsel, James W. Elliott, Esq., McIntyre Thanasides Bringgold Elliott, 1228 E 7th Ave Ste 100, Tampa, FL 33605-3510 (see attached Matrix) on March 14, 2025.

/s/ Michael C. Markham
Michael C. Markham

10509403.1

# Mailing Information for Case 8:24-bk-06594-CPM

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- James W Elliott     james@mcintyrefirm.com, jzayas@mcintyrefirm.com
- Kimberly McIntyre     kimberly.mcintyre@tampa13.com
- Nicole Peair     Nicole.W.Peair@USdoj.gov, tanya.a.yatsco@usdoj.gov
- Gavin Stewart     bk@stewartlegalgroup.com
- United States Trustee - TPA     USTPRegion21.TP.ECF@USDOJ.GOV
- Jon Waage     jwflecf@trustee13.com

**IN RE: KEVIN WOODLEY AND SHAWNIQUE HILL WOODLEY**
**BANKRUPTCY CASE NO. 8:24-BK-6594-CPM**
**EXHIBIT "A" - FEES**

| DATE | NAME | DESCRIPTION | HOURS | CODE | AMOUNT |
|---|---|---|---|---|---|
| 11/8/2024 | MARKHAM | REVIEW OF DOCKET AND RECENT FILINGS; EMAILS REGARDING INDIVIDUAL DEBTOR INTERVIEW AND 341 MEETING; EMAILS WITH DEBTOR | 0.80 | 38 | $ 280.00 |
| 11/12/2024 | MARKHAM | EMAILS WITH DEBTOR REGARDING REQUESTS FOR INFORMATION | 0.30 | 38 | $ 105.00 |
| 11/13/2024 | MARKHAM | EMAILS WITH DEBTOR REGARDING REQUESTS FOR INFORMATION | 0.30 | 38 | $ 105.00 |
| 11/19/2024 | MARKHAM | REVIEW OF DOCKET; EMAILS WITH MR ELLIOT REGARDING STATUS | 0.20 | 38 | $ 70.00 |
| 11/26/2024 | MARKHAM | REVIEW OF DOCKET; EMAILS REGARDING 341 | 0.20 | 38 | $ 70.00 |
| 12/17/2024 | MARKHAM | PREPARATION FOR AND ATTENDANCE AT STATUS CONFERENCE; EMAILS REGARDING SAME | 0.80 | 38 | $ 280.00 |
| 2/28/2025 | MARKHAM | REVIEW AND REVISE FINAL APPLICATION FOR COMPENSATION AND NOTICE OF FINAL APPLICATION FOR COMPENSATION | 0.50 | 38 | $ 175.00 |
| 12/13/2024 | GRANGER | REGISTER MR. MARKHAM FOR ZOOM HEARING ON 12/17 | 0.10 | 937 | $ 10.50 |
| 2/28/2025 | GRANGER | PREPARE FINAL APPLICATION FOR COMPENSATION OF SUBCHAPTER V TRUSTEE (1.5); PREPARE NOTICE OF FINAL APPLICATION FOR COMPENSTION OF SUBCHAPTER V TRUSTEE (.5); EMAIL TO MR. MARKHAM REGARDING SAME (.1) | 2.10 | 937 | $ 220.50 |
| 3/14/2025 | GRANGER | FINALIZE AND FILE FINAL APPLICATION FOR COMPENSATION (.3); FINALIZE AND FILE NOTICE OF FINAL APPLICATION FOR COMPENSATION OF SUBCHAPTER V TRSUTEE (.3); INSTRUCTIONS TO STAFF (.3) | 0.90 | 937 | $ 94.50 |
| | | **TOTAL** | **6.20** | | **$ 1,410.50** |